UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LINARES, | ) | Case No. CV 11-3310 AG(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES A. YATES, | ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 30, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE